**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| DALE CONRAD McQUISTON, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 2:10-cv-37-WTL-DML |
| ) | |
| WARDEN H.J. MARBERRY, ) | |
| Superintendent, ) | |
| ) | |
| Respondent. ) | |

**Entry Directing Further Proceedings**

**I.**

The petitioner's motion filed on April 8, 2010, draws attention to the fact–as the petitioner asserts it to be a fact–that he consented to the Bureau of Prisons to collect certain funds from his prison wages pursuant to the Inmate Financial Responsibility Program. He characterizes this consent as leading to a "coerced agreement."

The foregoing raises three questions which the petitioner should promptly address.

- The first question relates to the nature of the action the petitioner has brought. It is an action for habeas corpus relief pursuant to 28 U.S.C. § 2241. Habeas corpus review is available only "where the deprivation of rights is such that it necessarily impacts the fact or length of detention." *Leamer v. Fauver,* 288 F.3d 532, 540 (3d Cir. 2002). The first question is therefore this: How does the petitioner's claim in this action support or relate to a challenge to either the fact or duration of the petitioner's confinement?

- The second question is this: In what way was his most recent agreement for the Bureau of Prisons to collect certain funds from his prison wages pursuant to the Inmate Financial Responsibility Program?

**II.**

The time within which the respondent shall have to answer the allegations of the petition for a writ of habeas corpus is **extended until further order.**

**IT IS SO ORDERED.**

Date: 04/21/2010

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Dale Conrad McQuiston
No. 11697-076
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808